

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAYSON H. OWENS,

    Plaintiff,

v.                                  Civil Action No. 3:11cv295

DISCOVER FINANCIAL SERVICES,

    Defendant.

## AGREED ORDER

Upon the Motion of Discover Financial Services, Inc. ("Discover") by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(J) of the Local Rules of this Court, there being no objection from the Plaintiff, and it otherwise appearing right and proper so to do, the Court hereby GRANTS Discover's Motion for Enlargement of Time and ORDERS that Discover shall have by and through August 4, 2011 to file its ~~Response to the Complaint~~ Answer and any other motion with respect to the Complaint.

Entered this 17th day of July, 2011.

                               /s/ REP
                          United States District Court Judge

US_ACTIVE-106660443.1

WE ASK FOR THIS:

_____
Travis A. Sabalewski, Esquire (VSB #47368)
Justin M. Sizemore, Esquire (VSB #71859)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
tsabalewski@reedsmith.com
jsizemore@reedsmith.com

    Counsel for Defendant


SEEN AND AGREED:

_____
Leonard A. Bennett, Esquire (VSB #37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@clalegal.com

    Counsel for Plaintiff